**JS-6 all cases**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LOS PADRES FORESTWATCH, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>        Federal Defendants. | Case No.: 2:22-cv-02781-JFW (SKx)<br>[Consolidated with Case Nos. 2:22-cv-02800-JFW (SKx) and 2:22-cv-02802-JFW (SKx)]<br><br>**FINAL JUDGMENT** |
| COUNTY OF VENTURA,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>        Federal Defendants. | |
| CITY OF OJAI,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>        Federal Defendants. | |

1  Pursuant to the Court's July 19, 2023 "Order Denying Plaintiff Los Padres Forestwatch, et al.'s Motion for Summary Judgment [filed 3/10/23; Docket No. 94]; and Order Granting Federal Defendants' Motion for Summary Judgment [filed 4/17/23; Docket No. 105]," Doc. No. 127, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) Plaintiffs' Motion for Summary Judgment, as supplemented, is DENIED in full;
2) Federal Defendants' Motion for Summary Judgment is GRANTED in full;
3) JUDGMENT is entered against all Plaintiffs and in favor of all Federal Defendants on all claims in each of these three consolidated cases;
4) All Plaintiffs' Complaints and claims in each of these three consolidated cases are DISMISSED WITH PREJUDICE, consistent with this Court's July 19, 2023 Order, Doc. No. 127;
5) Plaintiffs take nothing from Federal Defendants, these consolidated actions are dismissed in their entireties, and Federal Defendants may submit a cost bill, and Plaintiffs may dispute such bill, in accordance with the requirements of law; and
6) The Clerk of the Court shall close these consolidated cases.

Dated: July 24, 2023

THE HONORABLE JOHN F. WALTER
United States District Court Judge